

KISSINGER SIBANDA <ksibanda@temple.edu>

## Diarra v. City of New York

**KISSINGER SIBANDA** <ksibanda@temple.edu>                    Thu, Jun 1, 2017 at 10:06 AM
To: "MediationOffice@nysd.uscourts.gov" <MediationOffice@nysd.uscourts.gov>
Cc: "Hoffman, Beth (Law)" <bhoffman@law.nyc.gov>, Marie Normil <marienormilesq@gmail.com>,
Andrew.Peck@nysd.uscourts.gov

Ms. Price

I am not trying to expedite anything!

Again it's not my job to coordinate on behalf of the mediator. You seem not to understand the time frame of your rules.

You are free to contact Ms. Normil and get her to do her job. I am not here to play games with snyone.

I have copied honorable judge Andrew Peck on this and all future emails with you. Don't ask me to do the scheduling again, as this is the mediator's job!

Thanks
Kissinger

Cc. Honorabke judge Andrew Peck

[Quoted text hidden]