

**THE CITY OF NEW YORK**

| JAMES E. JOHNSON | **LAW DEPARTMENT** | VALERIE E. SMITH |
|---|---|---|
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | *Senior Counsel*<br>Phone: (212) 356-2398<br>Fax: (212) 356-3509<br>vsmith@law.nyc.gov |

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

November 29, 2019

APPLICATION DENIED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 12/2/2019

The parties are directed to file a status update once Plaintiff's anticipated petition for a rehearing is resolved.

Re:   Diarra v. City of New York
      16 CV 7075 (VSB) (OTW)

Your Honor:

  I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, representing Defendant City of New York in the above-captioned matter. Pursuant to Court's Order dated September 19, 2019, (ECF No. 247) defendant writes to provide the Court with a status report.

  As Your Honor is aware, defendant's motion for costs was stayed pending the resolution plaintiff's application to the United States Supreme Court. *See* ECF No. 247. However, upon information and belief, plaintiff's petition for *Writ of Certiorari* was denied by the United States Supreme Court on November 25, 2019. As such, defendant City requests that the stay be lifted so that the Court may render a decision on the pending motion for costs. As of September 7, 2019, the motion for costs was fully briefed and is ready for decision. *See* ECF Nos. 243-245.

  Defendant conferred with plaintiff's counsel Kissinger Sibanda, Esq., in an effort to submit a joint letter to the Court. However, plaintiff's counsel indicated that he could not join in this letter because "plaintiff intends to petition for a rehearing."

  Thank you for your consideration herein.

Respectfully submitted,

*Valerie E. Smith*

Valerie E. Smith
*Senior Counsel*

cc:   **VIA ECF**
      Kissinger Sibanda, Esq.
      *Attorney for Plaintiff*