ב"ה

**The Law Offices of Kissinger N. Sibanda, Esq.**

P.O. Box 714

Livingston, NJ 07039

Kissinger N. Sibanda, DC Bar #1017426

Telephone 973-689-5952

Email: ksibanda@temple.edu

February 10th, 2020

# United States District Court
# Southern District of New York

| | | |
|---|---|---|
| MOUSSA DIARRA, | ) | Civil No. 1:16-civ-07075(VSB) |
| *Plaintiff,* | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| CITY OF NEW YORK, | ) | **PLAINTIFF'S RESPONSE** |
| *Defendant.* | ) | **TO DEMAND FOR COSTS:** |
| | ) | "STATUS REPORT" |

Hon. Judge Broderick:

Defendant, City of New York's, renewed request for costs is time barred and moot:

This matter was concluded on January 13th, 2020 at the uNited States Supreme Court. Defendant, City of New York had 21 days, pursuant to rule 54 (2) (B):

*Timing and Contents of the Motion. Unless a statute or a court order provides otherwise, the motion must: (i) be filed no later than 14 days after the entry of judgment in which to renew their requests for costs.*

Defendant did not use the subsequent 21 days to renew their request for costs *but only did so 28 days after the end of the matter: February 10th, 2020.*

Judge Broderick's order for costs made it clear that the renewal of any request for costs had to be filed after conclusion of the matter in a timely manner. It did not abrogate the normal period of 21 days a party has to file for costs. The matter was concluded 28 days ago, City of New York only filed for costs after Mr. Diarra submitted a letter motion for leave to file a motion unsealing victim's photo; this is an abuse of process.

In addition, defendant (City of New York) is not proceeding in good faith. On February 8th, 2020 the defendant requested Mr. Diarra to a 50 (H) hearing / deposition; the second deposition of Mr. Diarra, despite clear evidence that facts of Mr. Diarra's arrest, as stated by the Second Circuit, are "well known." Mr. Diarra has expended personal time and expenses for the first deposition and will do the same for the second deposition on March 24th, 2020 – at defendant's request for "well known," facts.

In sum: Mr. Diarra's lawsuit, 1-16-cv-07075, was in no way frivolous, as demonstrated by the new claim against City of New York, ECF -252. Furthermore, defendant has failed to show any logical reason

why costs are lawfully justified and specifically requested a second deposition from Mr. Diarra.

DATED:   LIVINGSTON, NEW JERSEY

February 10th, 2020

                              Respectfully Submitted,

                              /s/ Kissinger N. Sibanda

                              KISSINGER N. SIBANDA, ESQ.,
                              Attorney for the Plaintiff
                              P.O Box 714
                              Livingston, NJ 07039
                              Telephone: (973) 689-5952
                              Email: ksibanda@temple.edu

To: **BY ECF and by Hand upon Full Briefing**

Honorable Vernon S. Broderick

United States District Court

Southern District of New York

40 Foley Square,

Room 415 New York, NY 10007

**VIA ECF**

Cooperation Counsel

New York Law Department

Valerie E. Smith Esq (Assigned)

Attorney for Defendant

100 Church St.

New York, NY 10007

**CC: COLLEN McMAHON**

Chief judge SDNY.