ב"ה

**The Law Offices of Kissinger N. Sibanda, Esq.**

P.O. Box 714

Livingston, NJ 07039

Kissinger N. Sibanda, DC Bar #1017426

Telephone 973-689-5952

Email: ksibanda@temple.edu

September 16, 2020

Consistent with my February 11, 2020 Order, Plaintiff originally filed the documents on the docket and, as stated in his letter, possesses copies of the documents that were eventually filed under seal. Therefore, Plaintiff has permission to use any copies of the documents in his possession solely in connection with the Second Circuit's judicial complaint investigation.

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK   9/17/2020
UNITED STATES DISTRICT JUDGE

**United States District Court**

**Southern District of New York**

_____

MOUSSA DIARRA,                )   Civil No. 1:16-civ-07075(VSB)
          *Plaintiff,* )   (closed)
                              )
V.                                          )
                              )
CITY OF NEW YORK,             )
         *Defendant.* )   **REQUEST TO TRANSMIT A**
                             )   **COPY OF SEALED PHOTOS**
                             )   **VIA SECURED MAIL TO**
                             )   **SECOND CIRCUIT**
                             )   **FORJUDICIAL**
                             )   **MISCONDUCT**
                             )   **INVESTIGATION.**
                             )
                             )
_____)

**Ref: Request to submit copies of Sealed Evidence for Second Circuit Judicial Complaint Against Judge Vernon Broderick:**

Judge Vernon Broderick:

Mr. Diarra requests permission to transmit a copy of sealed photos (Mrs. Diarra), in his possession, to Second Circuit's clerk's office as part of their on-going investigation on your handling pf the matter, docket, 1-16-cv-07075. See, Exhibit 1.

Relevancy of sealed photos[1]:

Photos of Mrs. Diarra were previously sealed by this office. See, sealing order - Exhibit 2.

The photos are relevant under FRE 401 because they show that no rape kit was ever made at the time of the actual arrest / incident – no photos of Mrs. Diarra were taken before the arrest - instead photos showing Mrs. Diarra's healthy genitalia were then taken four-five months later. However, Mr. Diarra was arrested for genital cutting.

This is the fifth request to transmit copies of sealed documents held in custody by Judge Broderick, see ECF 261- ECF 265 dated April 1 2020, April 7 2020, May 7 2020 and August 14th, 2020. All these requests were summarily ignored.

---

[1] The affirmation of the District Court's order by the Second Circuit is not binding precedent and has little or no jurisprudential value, depending on the District judge's interpretation - rendering the District Court's order in the first Diarra matter non-binding precedent. By its nature, this order is subject to a weaker standard of reversal should the summary order come under review by a different panel of the Second Circuit or a different District judge.

    Two requests were made to transmit email copies to the New York Comptroller's office for a *notice of claim* evidentiary submission,: one request was made to transmit a copy to the department of justice for their criminal investigation into judicial corruption , ECF - <u>265</u>.

    Mr. Diarra would like to remind chambers of their duty to respond to matters accordingly as part of the equal protection clause's interpretation of equal justice. If there is a legal basis why these photos should not be shared with the New York Comptroller's Office, Department of Justice and Second Circuit clerk's office, chambers should deny this request with appropriate legal writing.

DATED:   LIVINGSTON, NEW JERSEY
September  16th, 2020

                        Respectfully Submitted,

                        /s/ Kissinger N. Sibanda
                        KISSINGER N. SIBANDA, ESQ.,
                        Attorney for the Plaintiff
                        P.O Box 714
                        Livingston, NJ 07039
                        Telephone: (973) 689-5952
                        Email: ksibanda@temple.edu

To: **BY ECF**

Honorable Vernon S. Broderick

 United States District Court

Southern District of New York

40 Foley Square,

 Room 415 New York, NY 10007

**VIA ECF**

Cooperation Counsel - James Johnson

New York Law Department

Valerie E. Smith Esq (Assigned)

Attorney for Defendant

100 Church St.

New York, NY 10007

**CC: COLLEN McMAHON**

Chief judge SDNY.