ב"ה

**The Law Offices of Kissinger N. Sibanda, Esq.**

P.O. Box 714

Livingston, NJ 07039

Kissinger N. Sibanda, DC Bar #1017426

Telephone 973-689-5952

Email: ksibanda@temple.edu

December 11, 2020

# United States District Court
## Southern District of New York

_____

| | |
|---|---|
| MOUSSA DIARRA, | ) Civil No. 1:16-civ-07075(VSB) |
|                   *Plaintiff,* ) | (closed) |
| | ) |
| V. | ) |
| | ) |
| CITY OF NEW YORK, | ) |
|                   *Defendant.* ) | **FINAL EQUEST FOR PERMISSION TO SEND COPIES OF SEALED EVIDENCE TO DOJ AND NY COMPTROLLER'S OFFICE.** |

_____

**Ref: Final Request to submit copies of Sealed Evidence to DOJ and New York Comptroller's Office:**

Judge Vernon Broderick:

Mr. Diarra makes this final request for permission to submit electronic copies of sealed photos of Mrs. Diarra to New York Comptroller's office and Department of Justice, as part of pending notice of claim and crime report. Mr. Diarra makes this request in light of the three other requests which have been ignored by chambers. See ECF-DOCKET 264-266. Furthermore, as this is notice that this is the last request. Mr. Diarra will be proceeding for a writ of mandamus on the matter with the Second Circuit in due course.

This is the sixth request to transmit email copies of sealed documents held in custody by Judge Broderick to City of NY and DOJ, see ECF 261- ECF 265 dated April 1 2020, April 7 2020, May 7 2020 and August 14th, 2020. All these requests were summarily ignored. In light of COVID-19, a response from chambers is necessary in this matter because the statute of limitation for his notice of claim is not exhausted.

Pursuant to the Fourteenth Amendment's Equal Protection clause Mr. Diarra has a right to obtain and adduce evidence in proceedings to which he is a party, such as the administrative hearing with NY Comptroller's office, as well as part of his compliant against you with the DOJ. See, *Jencks v. United States*, 353 U.S. 657 (1957); *Giglio v. United States*, 405 U.S. 150 (1972); and *Brady v. Maryland*, 373 U.S. 83 (1963).

Furthermore, pursuant *to United States v. Carolene Products Company*, 304 U.S. 144 (1938) (see footnote 4);  stating the limits and process for

substantive due process. The taking of the right to equality (here, Mr. Diarra's right to present evidence in his case), should comply with *Carolene*. The legal reasons for refusal of evidence from a branch of government, here Chambers, to give evidence pertinent for Mr. Diarra's second notice of claim with the City of New York, as well as the pending DOJ investigation should be clearly stated as it directly affects Mr. Diarra's legal rights and remedies.

### Relevancy of sealed photos[1]:

Photos of Mrs. Diarra were previously sealed by this office. See, sealing order - Exhibit 2.

The photos are relevant under FRE 401 because they show that no rape kit was ever made at the time of the actual arrest / incident – no photos of Mrs. Diarra were taken before the arrest - instead photos showing Mrs. Diarra's healthy genitalia were then taken four-five months later. However, Mr. Diarra was arrested for genital cutting.

If this request is ignored, Mr. Diarra will be proceeding, accordingly, with a writ of mandamus.

DATED:    LIVINGSTON, NEW JERSEY
December 11th, 2020

---

[1] The affirmation of the District Court's order by the Second Circuit is not binding precedent and has little or no jurisprudential value, depending on the District judge's interpretation - rendering the District Court's order in the first Diarra matter non-binding precedent. By its nature, this order is subject to a weaker standard of reversal should the summary order come under review by a different panel of the Second Circuit or a different District judge.

Respectfully Submitted,

/s/ Kissinger N. Sibanda
KISSINGER N. SIBANDA, ESQ.,
Attorney for the Plaintiff
P.O Box 714
Livingston, NJ 07039
Telephone: (973) 689-5952
Email: ksibanda@temple.edu

To: **BY ECF**

Honorable Vernon S. Broderick

 United States District Court

Southern District of New York

40 Foley Square,

 Room 415 New York, NY 10007


**VIA ECF**

Cooperation Counsel - James Johnson

New York Law Department

Valerie E. Smith Esq (Assigned)

Attorney for Defendant

100 Church St.

New York, NY 10007

**CC: COLLEN McMAHON**

Chief judge SDNY.