UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

MOUSSA DIARRA                                                                          No.    16-CV-07075-VB
                Plaintiff,

     -against-

CITY OF NEW YORK, et al.
                Defendants.
-------------------------------------------------------x

## ORDER

The Court has received and reviewed Plaintiff's letter, entitled "Failure to Follow Law by District Judge Broderick (Rule 60 (d) 3)" (docket entry no. 292), and a second letter, styled as an addendum to the first (docket entry no. 293). To the extent Plaintiff seeks action based on his allegations of judicial misconduct, Plaintiff's request is improperly directed to the undersigned in her capacity as Chief Judge because such complaints are properly directed to the "clerk of the court of appeals for the circuit." 28 U.S.C.A. § 351(a) (Westlaw through P.L. 117-102). To the extent Plaintiff is requesting that the undersigned reassign this case to a new Judge, the request is denied. The Chief Judge does not have authority to take such action in cases assigned to other members of the Court.

      SO ORDERED.

Dated: New York, New York
       November 17, 2022

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge