B'SD

# The Law Offices of Kissinger N. Sibanda Esq
PO Box 714
Livingston, NJ 07039
Tel: 862-250-9684
Email: 862-250-9684
Website: https://kissingersibanda.wixsite.com/kensibanda

March 27, 2023

Hon. Judge Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Moussa Diarra v. City of New York (1:16-cv-07075).*
**Clarification: Renewed Letter Motion to Reopen Under Fed.R.Civ.P.R 60.d (1)**

Dear Judge Broderick:

    This is clarification to the court that Docket No. 297 is the correct operative pleading for this request and not Docket No. 296. Please ignore Doc. No. 296.

    Respectfully submitted,

    /s/ Kissinger Sibanda
    Kissinger N. Sibanda

    /KNS/

1

Letter Motion: Plaintiff's Renewed Motion to Reopen