B'SD

# The Law Offices of Kissinger N. Sibanda Esq

PO Box 714
Livingston, NJ 07039
Tel: 862-250-9684
Email: 862-250-9684
Website: https://kissingersibanda.wixsite.com/kensibanda

March 28, 2023

Chief Judge Laura Swain
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Moussa Diarra v. City of New York (1:16-cv-07075).*
**Notice:**
**Renewed Letter Motion to Reopen Under Fed.R.Civ.P.R <u>60.d (1)</u>**

Dear Judge Swain:

    Please find attached the recent filing in *Moussa Diarra v. City of New York* (1:16-cv-07075). You are familiar with this matter because of the concerns we have raised regarding handling of the docket in the past. *See,* Doc. No. <u>294</u>.

    For your records, attached is the renewed letter motion requesting to reopen this matter based on new evidence. It was filed with Judge Broderick. Doc No. <u>297</u>.

Respectfully submitted,

/s/ Kissinger Sibanda
Kissinger N. Sibanda

/KNS/