# The Law Offices of Kissinger N. Sibanda Esq
PO Box 714
Livingston, NJ 07039
Tel: 862-250-9684
Email: ksibanda@temple.edu
Website: https://kissingersibanda.wixsite.com/kensibanda

March 31, 2023

Hon. Judge Vernon S. Broderick
Thurgood Marshall

United States Courthouse

40 Foley Square

New York, NY 10007

*Re: Mouss Diarra v. City of New York (1:16-cv-07075).*

<u>Ref: Diarra Permission For Past Filings</u>

Dear Judge Broderick:

This letter seeks to address the statement made in the Order, Doc. No. <u>300</u>, that:

….this matter is driven by his lawyer, Kissinger Sibanda. *Id.*

This litigation, motion practice has been authorized by Mr. Diarra and is in no shape or form driven by Diarra's attorney, but by Diarra himself. Furthermore, any motions to reopen have been specifically directed and authorized by Mr. Diarra after extensive consultation of the facts and law in this matter.

If the court is in any doubt to the veracity of Diarra's past intent and his wish to see this matter reopened, notwithstanding the affidavit requested for future filings, Diarra can be reached directly at: Tel: 646-642-6885.

The court has my permission, as his counsel, to contact him directly on this matter: past filings and authorization to file the past motions to reopen given to Attorney Sibanda. I

have in no shape or manner misrepresented the wishes and aspirations of Mr. Diarra to see his case reopened so that discovery can be fairly completed, considering the obstructive involvement of Dara Weiss.

Regarding the letters to the chief judge, there was no rule, to Diarra's attention or his counsel, which stated that a chief judge cannot be contacted during litigation of a matter openly on the docket, as a matter of record. And any rule stating that this was "inappropriate." Order, Doc. No. 300, does not cite any Rule of this court, in this regard. However, Diarra will respect your Honor's wishes on this point should he move forward with motion practice because that is now memorialized in his Order, Doc. No. 300.

In addition, Diarra will attach an affidavit for any future motions to reopen.

Respectfully submitted,
/s/ *Kissinger N. Sibanda*
Kissinger N. Sibanda
*Attorney for plaintiff*
/KNS/
