UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
MOUSSA DIARRA,                                              :
                                                            :
                         Plaintiff,                         :  16-CV-7075 (VSB) (OTW)
                                                            :
            -against-                                       :  **ORDER**
                                                            :
CITY OF NEW YORK,                                           :
                                                            :
                         Defendant.                         :
                                                            :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 304, 305, 306, 307, 308, and 309.

This case has been closed since 2018.  (*See* ECF 240).  It appears that the Filer of ECF Nos. 304, 305, 306, 307, and 308, though they share Plaintiff's name, is not the Plaintiff in this action.  (*See* ECF 309).  (*See generally* Docket).  Accordingly, the Court will consider ECF Nos. 304, 305, 306, 307, and 308 to be submissions not made in connection with this action.[1]

Filer's submission at ECF 304 appears to be a letter motion for an order directing certain non-parties to disclose records to the Filer.  Filer's submissions at ECF Nos. 305 and 306 each appear to seek a "contempt order" in connection with the Filer's efforts to obtain documents from other non-parties.  As these issues appear unrelated to this action, Filer's requests at **ECF Nos. 304, 305, and 306 are denied**.

---

[1] Filer's submissions list a residence in Georgia, and, as Plaintiff's counsel notes, Plaintiff is located in New York.  (ECF 309).  A search by party name in PACER indicates that there is a *pro se* filer in Georgia with the same name, with three closed cases in this District: *Diarra v. The Embassy of Ivory Coast*, 21-cv-6880 (LTS); *Diarra v. United States*, 21-cv-7498 (LTS); and *Diarra v. United States*, 21-cv-7525 (LTS).

Filer's submission at ECF 307 appears to be a motion to stay this action, pending appeals. This action is closed, and no appeals are pending. Accordingly, Filer's request at **ECF 307 is denied**.

Filer's submission at ECF 308 appears to request (1) a copy of the civil docket sheet in this action, and (2) copies of all orders and judgments in this action. The Court has reviewed Filer's submission and finds that the request does not concern documents in this case. Accordingly, Filer's request at **ECF 308 is denied**.

The Clerk of Court is respectfully requested to close ECF Nos. 307 and 308.

**SO ORDERED.**

Dated: December 20, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge